**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 96-7482

---

MYRTLE ANN DEANER,

Plaintiff - Appellant,

versus

VIRGINIA PAROLE BOARD,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-96-819-2)

---

Submitted: February 13, 1997     Decided: February 27, 1997

---

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Myrtle Ann Deaner, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on her 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion dismissing the action because it failed to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1), Prison Litigation Reform Act, Pub. L. No. 104-124, § 805(a), 110 Stat. 1321 (1996) and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Deaner v. Virginia Parole Board, No. CA-96-819-2 (E.D. Va. Sept. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED